# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARRELL COMEAUX AND CARMEN
COMEAUX, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF AMIE
COMEAUX

VERSUS

STATE OF LOUISIANA, STATE OF
LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

CONSOLIDATED WITH

IDA WATTIGNEY AND EVA
FRANCOIS, AS DAUGHTER OF IDA
WATTIGNEY

VERSUS

STATE OF LOUISIANA, STATE OF
LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2024 CW 0001

**MARCH 27, 2024**

---

In Re:  Louisiana  Department  of  Transportation  and
Development,  applying  for  supervisory  writs,  19th
Judicial District Court, Parish of East Baton Rouge,
No. 456518 c/w 456545.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

>       **WIL**
>       **CHH**
>       **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.S._

DEPUTY CLERK OF COURT
FOR THE COURT